IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00911-REB

JUDITH A. MELARANE,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

    Pursuant to and in accordance with the Order for Judgment and Remand entered by the Honorable Robert E. Blackburn on August 28, 2017, it is hereby

    ORDERED that Defendant's Unopposed Motion for Remand [ECF 17] Pursuant to Sentence Four of 42 U.S.C. § 405(g) is granted.  It is

    FURTHER ORDERED that the conclusion of the Commissioner through the Administrative Law Judge that plaintiff was not disabled is reversed.  It is

    FURTHER ORDERED that this matter is remanded to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of plaintiff Judith A. Melarane and against defendant Nancy A. Berryhill, Acting Commissioner of Social Security, in accordance with Fed. R. Civ. P. 58 and consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302, 113 S.Ct. 2625, 2628-32, 125 L.Ed.2d 239 (1993).  It is

    FURTHER ORDERED that plaintiff Judith A. Melarane is awarded her costs, to

be taxed by the clerk of the court pursuant to Fed. R. Civ. P. 54(d)(1), D.C.COLO.LCivR 54.1, and 28 U.S.C. § 2412(a)(1).

DATED at Denver, Colorado this  28th  day of August, 2017.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/L. Roberson
    L. Roberson, Deputy Clerk